**COM.**

v.

**CHRISTMAN, J.**

**1739 WDA 2016**

Superior Court of Pennsylvania.

07/27/2017

Reargument Denied 10/5/2017

CP–07–CR–0002038–2015 (Blair)

Affirmed

In the MATTER OF: G.E.S., a Minor,

Appeal of: W.S.

**12 WDA 2017**

Superior Court of Pennsylvania.

07/27/2017

69 In Adoption 2016
(Erie)

Affirmed—Application to Withdraw as Counsel Granted

**BELTS, M.**

v.

**MORRIS, B.**

**93 WDA 2017**

Superior Court of Pennsylvania.

07/27/2017

246–s–2006 (Bedford)

Appeal Dismissed

**HAYES, R.**

v.

**KUTTY, A.**

**1916 EDA 2016**

Superior Court of Pennsylvania.

07/28/2017

No. 2015–002485
(Delaware)

Affirmed